# THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

WILLIAM COSGRAVE,

    Plaintiff,

v.                                       Case No.

CREDITORS FINANCIAL GROUP, LLC,

    Defendant.

_____/

## COMPLAINT

COMES NOW Plaintiff, WILLIAM COSGRAVE ("Plaintiff"), by and through his attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, CREDITORS FINANCIAL GROUP, LLC, alleges and affirmatively states as follows:

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the state of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

5. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

6. Plaintiff is a natural person residing in Riverview, Hillsborough County, Florida.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a New York company with a business office in Buffalo, Erie County, New York.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant places collection calls to Plaintiff from 303-369-2345.

13. Defendant places collection calls to Plaintiff on his home telephone number at 813-481-6442.

14. Defendant places collection calls to Plaintiff and fails to disclose that the call is from a debt collector.

15. Defendant calls Plaintiff and hangs up without leaving voicemail messages.

16. Defendant called Plaintiff and threatened to garnish Plaintiff's wages in order to obtain payment. To date, Defendant has not initiated the garnishment process.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

17. Defendant violated the FDCPA. Defendant's violations include, but are not

limited to, the following:

    a)    Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff.

    b)    Defendant violated *§1692d(5)* of the FDCPA by causing the telephone to ring repeatedly and continuously with the intent to annoy, abuse and/or harass Plaintiff.

    c)    Defendant violated *§1692e(5)* of the FDCPA by threatening to garnish Plaintiff's wages when Defendant has not and does not intend to take such action.

    d)    Defendant violated *§1692e(10)* of the FDCPA by using false representations and/or deceptive means to collect a debt because Defendant calls Plaintiff and hangs up without leaving voicemail messages.

    e)    Defendant violated *§1692e(11)* of the FDCPA by calling Plaintiff and failing to disclose in subsequent communications that the communication was from a debt collector.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

18. Declaratory judgment that the Defendant's conduct violated the Federal Act, FDCPA.

19. Actual damages.

20. Statutory damages in the amount of $1,000.00 pursuant to the Federal Act, 15 U.S.C. 1692k.

21. Costs and reasonable attorney's fees pursuant to the Federal Act, 15 U.S.C. 1692k.

22. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

By: __/s/ Matthew Kiverts_____
Matthew Kiverts
FBN: 0013143
KROHN & MOSS, LTD.
120 W. Madison St., 10th Fl.
Chicago, Illinois 60602
T: (312) 578-9428
F: (866) 802-0021
*Attorney for Plaintiff*

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, WILLIAM COSGRAVE, hereby demand trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA)

Plaintiff, WILLIAM COSGRAVE, says as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, WILLIAM COSGRAVE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 2/12/2010

WILLIAM COSGRAVE,
Plaintiff