## THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**WILLIAM COSGRAVE,**

   **Plaintiff,**

**v.**           **Case No.** 8:10-cv-00616-RAL-TGW

**CREDITORS FINANCIAL GROUP, LLC,**

   **Defendant.**

_____/

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

   **WILLIAM COSGRAVE** (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, **CREDITORS FINANCIAL GROUP, LLC** (Defendant), in this case.

   Both sides to bear their own costs and expenses.

       RESPECTFULLY SUBMITTED,

         By: _/s/ Matthew W. Kiverts_____
          Matthew W. Kiverts
          FBN: 0013143
          KROHN & MOSS, LTD.
          120 W. Madison St., 10th Fl.
          Chicago, Illinois 60602
          T: (312) 578-9428 ext. 203
          F: (866) 802-0021
          mkiverts@consumerlawcenter.com
          *Attorney for Plaintiff*

1